**ORIGINAL**

LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH          898-0
BRUCE A. LARSON        5688-0
586 Kanoelehua Ave., Suite 200
Hilo, Hawaii 96720
Telephone: (808) 969-3302

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 26 2012
at 11 o'clock and 15 min. A M.
SUE BEITIA, CLERK

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHLEEN K. PAIO and SOLOMON PAIO, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | CIVIL NO. CV12 00630 KSC <br> (Other Personal Injury) <br><br> COMPLAINT; SUMMONS |

COMPLAINT

Come now, Plaintiffs KATHLEEN K. PAIO and SOLOMON PAIO, JR., by and through their attorneys, the Law Offices of Ian L. Mattoch, and allege the following:

I.      JURISDICTION AND VENUE

     1.    This claim for relief is brought under the Federal Tort Claims Act, 28 U.S.C. § 1346(b), 2671 et seq. as set forth more fully herein.

2. Plaintiffs KATHLEEN K. PAIO and SOLOMON PAIO, JR. ("Plaintiffs") currently reside in the County and State of Hawaii.

3. This action arises from a "slip-and-fall" incident that occurred within the U.S. Post Office in Pahoa, Hawaii, on December 2, 2010.

4. Plaintiffs first reported the incident to the United States Postal Service ("USPS") in January, 2011, and subsequently submitted a Standard Form 95 ("SF 95") to USPS Tort Claims Coordinator Georeen Mano-Yamada ("Mano-Yamada") with the USPS Operations Programs Support office in Honolulu, Hawaii.

5. Plaintiffs' SF 95 was forwarded to the Tort Claims Accounting Service Center for the United States Postal Service in St. Louis, Missouri, and denied by Wendy Evans, Senior Accounting Specialist for the USPS Tort Claims Accounting Service Center, in a certified letter dated February 24, 2012.

6. On June 29, 2012, Plaintiff KATHLEEN K. PAIO underwent knee surgery for the injuries she sustained in the subject incident.

7. On August 16, 2012, Plaintiffs requested reconsideration of their claim by certified mail to USPS Senior Accounting Specialist Wendy Evans in St. Louis, Missouri.

8. Plaintiffs' request for reconsideration was denied by Cynthia Hibbler, Supervisor for the USPS Tort Claims Accounting Service Center in St.

Louis, Missouri, by a letter dated September 25, 2012, received by Plaintiff's counsel via certified mail on September 28, 2012.

II.     PARTIES

9. At all times relevant herein, Plaintiff KATHLEEN K. PAIO was a resident of the County and State of Hawaii.

10. At all times relevant herein, Plaintiff SOLOMON PAIO, JR. was a resident of the County and State of Hawaii, and was the husband of Plaintiff KATHLEEN K. PAIO.

11. Defendant is the UNITED STATES OF AMERICA.

COUNT I – NEGLIGENCE

12. Plaintiffs repeat and incorporate by reference paragraphs 1 through 11.

13. On or about December 2, 2010, Plaintiff KATHLEEN K. PAIO was entering the premises of the USPS post office located in Pahoa, Hawaii (the "Pahoa Post Office"), when she slipped and fell to the floor due to water and/or another foreign substance on the floor.

14. USPS employees and/or agents had knowledge and/or notice, or should have had knowledge of the unreasonably dangerous condition caused by the water or other substance on the floor of the Pahoa Post Office.

15. USPS employees and/or agents failed to construct, inspect and/or maintain the floor of the Pahoa Post Office in a reasonably prudent manner such that Plaintiff KATHLEEN K. PAIO was exposed to an unreasonable risk of harm for personal injuries.

16. USPS employees and/or agents failed to take reasonable steps to eliminate or adequately caution or warn others about the condition which caused Plaintiff KATHLEEN K. PAIO's injuries.

17. Defendant UNITED STATES OF AMERICA is vicariously liable for the negligence of USPS agents and/or employees under the doctrine of *respondeat superior*.

18. As a direct and legal result of the negligence of Defendant UNITED STATES OF AMERICA, Plaintiff KATHLEEN K. PAIO suffered severe and permanent injuries, incurred medical and rehabilitative expenses, suffered mental and emotional distress, and lost income and earning capacity.

## COUNT II - LOSS OF CONSORTIUM

19. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1 through 18 as though fully set forth herein.

20. As a result of Defendant UNITED STATES OF AMERICA's negligence, Plaintiff SOLOMON PAIO, JR. has suffered a loss of the

companionship, society, love, affection and consortium of his wife, Plaintiff KATHLEEN K. PAIO.

WHEREFORE, Plaintiffs pray for judgment against Defendant UNITED STATES OF AMERICA as follows:

1. Special/economic damages in the amount as will be proven at trial;

2. General damages in the amount of $200,000.00;

3. Reasonable attorneys' fees, costs and interest as provided by law;

4. Such other and further relief as the Court deems just and proper.

DATED: Hilo, Hawai`i, November 26, 2012.

                                     IAN L. MATTOCH
                                     BRUCE A. LARSON
                                     Attorneys for Plaintiffs
                                     KATHLEEN K. PAIO
                                     SOLOMON PAIO, JR.