FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHLEEN K. PAIO and SOLOMON PAIO, JR., | CIVIL NO. 12-00630 JMS KSC |
| Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice, each party to bear its own costs. There are no remaining claims or parties.  This stipulation may be signed in counterparts.

DATED: January 2, 2014, Honolulu, Hawaii.

    FLORENCE K. NAKAKUNI
    United States Attorney
    District of Hawaii

    /s/ Harry Yee
    _____
    HARRY YEE
    Assistant U.S. Attorney

    Attorneys for Defendant
    UNITED STATES OF AMERICA

    /s/ Bruce Larson
    _____
    BRUCE LARSON
    Law Offices of Ian Mattoch
    Attorneys for Plaintiffs

APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii, January 3, 2014.



    /s/ J. Michael Seabright
    J. Michael Seabright
    United States District Judge